# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0727
LT Case No. 54-2009-CF-690-A

_____

ALLEN MCDONALD,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Putnam County.
Alicia R. Washington, Judge.

Allen McDonald, Live Oak, pro se.

James Uthmeier, Attorney General, Tallahassee, and Rebecca Rock McGuigan, Bureau Chief, Assistant Attorney General, Daytona Beach, for Appellee.

October 7, 2025

PER CURIAM.

    AFFIRMED.

WALLIS, SOUD, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____